BURTON, Respondent, v. BURTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Isabella M. Burton against J. Howard Burton. No opinion. Motion to open default granted, on payment of $10 costs, and on condition that the appeal papers be filed and served within 10 days, and the case brought on for argument at the November term. See 65 N. Y. Supp. 1129.

BUSCH, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by Frederick A. Busch against Lowell M. Cummings. No opinion. Order affirmed, with costs.

BUSH, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by Lottie Bush, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., and KELLOGG, J., who dissent.

CAMPBELL, Respondent, v. FRIEDLANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Samuel I. Campbell against Albert Friedlander and another. No opinion. Motion denied, with leave to renew, unless the appellant perfect his appeal within 10 days.

CAMPBELL, Respondent, v. WALKER et al., Appellants. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Daniel J. Campbell against Joseph Walker and others. J. Halstead, for appellants. A. R. Latson, for respondent. No opinion. Judgment affirmed, with costs.

CANTON BRICK CO., Respondent, v. HOWLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by the Canton Brick Company against Alfred A. Howlett, impleaded, etc. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

CARDEZA et al., Appellants, v. OSBORN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Howard J. M. Cardeza and another, composing the co-partnership of Cardeza, Gilliams & Co., against Ellen C. Osborn and another. No opinion. Order affirmed, with costs. See 65 N. Y. Supp. 450.

CARSON v. PRESS CO. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by Robert Carson, an infant, by David P. Carson, his guardian ad litem, against the Press Company. No opinion. Motion denied.

CARTER, Appellant, v. FAUCETT, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Samuel A. Carter against James Faucett. No opinion. Judgment and order affirmed, with costs.

CASHMAN, Respondent, v. SARGENT & GREENLEAF CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by John B. Cashman against the Sargent & Greenleaf Company. No opinion. Judgment and order affirmed, with costs.

CATON, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by Winfred Caton, an infant, etc., by Adelia Caton, her guardian ad litem, against the New York & Queens County Railway Company. No opinion. Judgment unanimously affirmed, with costs.

CHASE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Harry W. Chase against the Metropolitan Street-Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $1,000, and extra allowance proportionately, in which case the judgment, as modified, is unanimously affirmed, without costs of this appeal to either party.

HIRSCHBERG, J., dissents only as to the reduction.

CHURCH, Appellant, v. WALSH et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by George W. Church against Elizabeth Walsh and others.

PER CURIAM. Upon this motion for reargument it now appears that there is no substantial opposition to the dismissal of the appeals, but that the real controversy is as to whether any costs shall be awarded on such dismissal. After careful re-examination of all the papers, we are satisfied that both appeals should be dismissed, without costs. The orders heretofore made, denying the motions to dismiss, will be vacated, and new orders made in accordance with this memorandum.